■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. EARVIN DAWSON, Respondent, v HAROLD J. SMITH, as Superintendent of Attica Correctional Facility, et al., Appellants.—Judgment unanimously reversed, on the law, and petition dismissed. Memorandum: This habeas corpus proceeding is converted to a CPLR article 78 proceeding *(see, People ex rel. Corcoran v Smith,* 105 AD2d 1142, 1143, *mod* 66 NY2d 130) and dismissed as time barred *(People ex rel. Jelich v Smith,* 105 AD2d 1125, 1126, *lv denied* 64 NY2d 606). (Appeal from judgment of Supreme Court, Wyoming County, Newman, J.—habeas corpus.) Present—Callahan, J. P., Doerr, Boomer, Pine and Schnepp, JJ.